# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JANOVICK, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>   vs.<br><br>MAXIMUM HUMAN PERFORMANCE, INC.,<br><br>                            Defendant. | CASE NO. 13cv2129-LAB (WVG)<br><br>**ORDER DENYING JOINT MOTION TO SET BRIEFING SCHEDULE** |

      Plaintiff filed his complaint on September 11, 2013, and a week later the parties jointly moved to set a briefing schedule for a motion for preliminary injunction that Plaintiff intends to file at some unspecified time. The joint motion suggests that the plaintiff will select his own hearing date at least six weeks from the date he files his motion.

      The problems the joint motion seeks to remedy are all addressed in this District's Civil Local Rules. *See* Civil Local Rule 7.1(b) and (e). To achieve the briefing schedule they want, Plaintiff need only request and obtain a hearing date at least six weeks from the date he files his motion. But he must be prepared to file his motion right away; the Court will not hold dates open for him. *See* Chambers Standing Order, ¶ 4(a). The proposal the parties put forward would involve Plaintiff's controlling the Court's docket by imposing on it a hearing time and date of his choosing. This obviously is not desirable or feasible. *See Kashin v. Kent*, 2007 WL 1975435, at *2 (S.D.Cal., 2007), *aff'd*, 342 Fed. Appx. 341 (9th Cir. 2009).

The motion is **DENIED** and the parties are directed to comply with the Civil Local Rules and this chambers' own standing order.

**IT IS SO ORDERED**.

DATED:  September 23, 2013

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge